# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-4248

—————————————————

CHARLES E. HINES,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

June 19, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Charles E. Hines, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.